■ HENRY MOSKOWITZ, Appellant, v. PEARCE MAYER & GREER, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM A. MURRAY, Petitioner, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOSEPH HIRSH, Appellant, v. FOAM KING, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.

■ COLIN CAMPBELL IVES, Respondent, v. MARS METAL CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ ROY NORR, Appellant, v. RADIO CORPORATION OF AMERICA, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ In the Matter of BEST & CO., INC., Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Order unanimously reversed on the facts, with costs to the appellant, and the assessment of the property designated at 641 Fifth Avenue, Manhattan, for the years 1956–1957 is reinstated. In view of the proof, no reduction in the assessment was warranted. Settle order on notice. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.

■ SIRE PLAN, INC. v. 130–138 WEST 42ND STREET CORPORATION.— Motion to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

■ In the Matter of BERL ROSENBAUM, against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ BEOL, INC., in Behalf of Itself and Other Judgment Creditors Similarly Situated, v. HERMAN S. DORF et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 19, 1959, with notice of argument for March 31, 1959. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ BEOL, INC., in Behalf of Itself and Other Judgment Creditors Similarly Situated, v. HERMAN S. DORF et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ In the Matter of MARIAN M. SCHARFMAN et al., Respondents, against JOSEPH FINKELSTEIN, as President of MILLER AUTO SUPPLY & EQUIPMENT CO., INC., Appellant.— Motion granted, and the stay contained in the order of this court entered January 8, 1959, is vacated, if the appellant does not procure the appellant's points to be served and filed on or before March 3, 1959, with notice of argument for the April 1959 Term of this court, said appeal to be argued or submitted when reached. If the appeal is not perfected accordingly, an order finally vacating the stay may be submitted by petitioners-respondents without notice to the respondent-appellant. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.